Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\*\*\***

| | |
|---|---|
| GARRY W. RANDALL, | :    Case No.: 2:18-cv-00699-GMN-GWF |
| Plaintiff, | : |
| v. | : |
| EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and JPMORGAN CHASE BANK, N.A. dba CHASE HOME MORTGAGE dba CHASE, | :    **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| Defendants. | : |

IT IS HEREBY STIPULATED by and between Plaintiff Garry W. Randall (hereafter "Plaintiff") through his attorney David H. Krieger, Esq., and Lindsey H. Morales, Esq., attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond by an additional 30 days; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before June 14, 2018.

/ / /

/ / /

/ / /

/ / /

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding potential settlement of the dispute.

Signed this  3rd  day of  May       , 2018          Signed this  3rd  day of  May        , 2018

McCALLA RAYMER LEIBERT PIERCE, LLP

By:  _/s/ Lindsey H. Morales_                    By:  _/s/ David H. Krieger_
Lindsey H. Morales, Esq.                         David H. Krieger, Esq.
Nevada Bar No. 11519                             Nevada Bar No. 9086
McCalla Raymer Leibert Pierce, LLP               Haines & Krieger, LLC
1635 Village Center Circle, Ste. 130             8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89134                          Las Vegas, Nevada 89123
(702) 425-7267                                   (702) 880-5554
*Attorney for JPMorgan Chase Bank, N.A.*         *Attorney for Plaintiff*

## ORDER

**IT IS ORDERED.**  Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before June 14, 2018.

Dated this  4th   day of    May       , 2018.


_____
UNITED STATES MAGISTRATE JUDGE



Submitted by:

_/s/ Lindsey H. Morales_
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com