**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GARRY W. RANDALL, | Case No. 2:18-cv-006990GMN-GWF |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and JPMORGAN CHASE BANK, N.A. d/b/a CHASE HOME MORTGAGE, d/b/a CHASE, | |
| Defendants. | |

Plaintiff Garry W. Randall ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 18, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 11, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 11, 2018.

4848-4820-2085.1

2524203.1

1

This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: May 8, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

DATED: May 8, 2018

**HAINES & KRIEGER, LLC**

/s/ *Rachel B. Satara*

Rachel B. Saturn
Nevada Bar No. 8653
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Email: rachel@hainesandkrieger.com
Counsel for Plaintiff

## **ORDER**

IT IS SO ORDERED that this First Joint Stipulation and Order Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.is granted and Defendant Trans Union shall have up to and including June 11, 2018 to Respond to Plaintiff's Complaint.

Dated this _9th_ day of _____May_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE